**Rita CASKEY, Trustee, Respondent,**

v.

**Lee CRUSE, et al., Appellant.**

**No. WD 51560.**

Missouri Court of Appeals,
Western District.

Aug. 27, 1996.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 1, 1996.

Frank C. DeVries, Kansas City, for appellant.

George E. Kapke, Independence, for respondent.

Before HANNA, P.J., and SMART and EDWIN H. SMITH, JJ.

*ORDER*

PER CURIAM.

Lee B. Cruse and Nancy Poole appeal a judgment awarding title by adverse posses-

sion to Rita Caskey to a strip of land at Lake Tapawingo, Missouri. After careful review, the court has determined the appeal is without merit.

The judgment is affirmed. The decision is without significant precedential value. A memorandum of the reason for the opinion has been furnished the parties. Rule 84.16(b).